L. E. JONES v. GEORGE M. BROOKS, *as Treasurer of Sheridan County.*

*Original Proceedings in Mandamus.*

ACTION brought in this court January 7, 1885, by *L. E. Jones* against *George M. Brooks*, as treasurer of Sheridan county, to compel the defendant to pay certain warrants of said county. The alternative writ was issued as prayed for, and made returnable on the 6th day of February, 1885. The opinion herein was filed at the May 1885 session of the court.

*Fabius M. Clarke*, for relator.
*Bradley & Foster*, for defendant.

*Per Curiam:* The motion to quash the alternative writ of mandamus heretofore issued in this case will be sustained, upon the following authorities: *The State, ex rel., v. McCrillus,* 4 Kas. 250; *The State, ex rel., v. Bridgman,* 8 id. 458; *Bridge Co. v. Comm'rs of Wyandotte Co.,* 10 id. 326; *Troy v. Comm'rs of Doniphan Co.,* 32 id. 507.